UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER STINE,

        Plaintiff,

v.

WELTMAN, WEINBERG &
REIS CO., LPA,

        Defendant.

Case No. 2:14-cv-14570
Honorable Gerald E. Rosen
Magistrate Michael Hluchaniuk

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Christopher Stine and Defendant Weltman, Weinberg & Reis Co., LPA, through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice. The parties further agree that each side shall bear their own attorney's fees and costs.

   **IT IS SO ORDERED.**

                                                s/Gerald E. Rosen
   **Dated:  July 15, 2015**                 Hon. Judge Gerald E. Rosen

Stipulated and Agreed on July 7, 2015:

/s/ Brian P. Parker (w/consent)  
Brian P. Parker (P48617)  
Attorney for Plaintiff  
Law Offices of Brian P. Parker  
2000 Town Center, Suite 1900  
Southfield, MI 48075  
(248) 642-6268  
brianparker@collectionstopper.com

/s/ Charity A. Olson  
Charity A. Olson (P68295)  
Attorney for Defendant  
Olson Law Group  
2723 S. State Street, Suite 150  
Ann Arbor, MI 48104  
(734) 222-5179  
colson@olsonlawpc.com